UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIAO ZENG, | No. 2:24-cv-06717-ODW-E |
| Plaintiff, | [PROPOSED] PROTECTIVE ORDER |
| v. | |
| UNITED STATES POSTAL SERVICE, a government entity; UNITED STATES OF AMERICA; and DOES 1 through 10, INCLUSIVE, | |
| Defendants. | |

1   The Court, having read and considered the parties' Stipulation for Protective
2   Order, and for the reasons stated in the Stipulation as well as for good cause shown,
3   IT IS HEREBY ORDERED that the Protected Material, as defined in the
4   Stipulation, may be disclosed by the parties to this action and used pursuant to and in
5   accordance with the Stipulation.

Dated: 9/18/25

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Presented by,

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　/s/ Margaret M. Chen
MARGARET M. CHEN
Assistant United States Attorney

Attorneys for Defendant
United States of America

1